W. Liken is this day by the court dismissed, without prejudice, however, to the right to reinstate.

*Mr. Peter Breen,* for the State.

---

No. 2,076.—STATE OF MONTANA ex rel. WYMAN ELLIS et al., RELATORS, *v.* J. H. CALDERHEAD, STATE AUDITOR, RESPONDENT.

Original. Writ of mandate.

Decided June 18, 1904.

PER CURIAM.—On consideration, it is now here ordered and adjudged that the motion to quash be and the same is hereby sustained and the proceeding dismissed.

*Mr. M. S. Gunn,* for Relators.

*Mr. Jas. Donovan,* and *Messrs. H. G. & S. H. McIntire,* for Respondent.

---

No. 2,079.—STATE OF MONTANA ex rel. JAS. DONOVAN, ATTORNEY GENERAL, RELATOR, *v.* DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF MONTANA et al., RESPONDENTS.

Original. Writ of supervisory control.

Decided June 22, 1904.